IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Action No. 99-cr-00298-RPM

AUGUSTINE OLIVAS,

        Petitioner,

v.

UNITED STATES OF AMERICA,

        Respondent.

_____

ORDER DENYING MOTION FOR CLARIFICATION
_____

        Upon a review of the Clerk's file in this matter following the death of Judge Daniel B. Sparr, it appears that on October 12, 2004, the defendant Augustine Olivas filed a pleading designated Motion for Clarification and Stipulation Motion and Order. Interpreting that filing as a motion to grant good time credits on the sentence imposed by Judge Sparr and because this Court has no jurisdiction to grant that relief, it is

        ORDERED that the motion is denied.

        DATED: March 9th , 2007

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge